# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00835-CR

**Ex parte Bo Dresner**

### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-19-0800-B, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bo Dresner has filed a motion to dismiss his appeal, which is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Edward Smith, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed on Appellant's Motion

Filed: October 6, 2020

Do Not Publish